UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMAS MASON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-12078-JLT |
| | * | |
| MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., | * * * | |
| | * | |
| Defendants. | | |

ORDER

March 29, 2011

TAURO, J.

After a Motion Hearing held on February 17, 2011, this court hereby orders that, for the reasons set forth in the accompanying Memorandum, the Department of Environmental Protection's Motion to Dismiss [#8] is ALLOWED and the Individual Defendants' Motion to Dismiss [#4] is ALLOWED IN PART and DENIED IN PART. The Individual Defendants' Motion is ALLOWED insofar as Plaintiff's suit against the Individual Defendants in their official capacities is dismissed. The Individual Defendants' Motion is DENIED insofar as Plaintiff's suit against the Individual Defendants in their individual capacities is not dismissed.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　United States District Judge